Argued and submitted November 14, 1986, affirmed as modified February 4, 1987

In the Matter of the Compensation of
Susan D. Chapman, Claimant.
## CHAPMAN,
*Petitioner,*

*v.*

## EBI COMPANIES et al,
*Respondents.*

(WCB 85-02929; CA A38597)

731 P2d 1073

Judith H. Uherbelau, Ashland, argued the cause for petitioner. With her on the brief was Cottle, Howser & Munsell, Ashland.

Jerald P. Keene, Portland, argued the cause for respondents. With him on the brief was Roberts, Reinisch & Klor, Portland.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

This is a workers' compensation claim in which claimant seeks review of the Workers' Compensation Board's reduction of the referee's award for injury to her back. We review *de novo* and modify the Board's order to award claimant 40 percent unscheduled permanent partial disability. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* 284 Or 521 (1978).

Order modified to award 40 percent unscheduled permanent partial disability; affirmed as modified.